748

UNITED STATES of America,
Appellee,

v.

James Fred PENNELL, Appellant.

Nos. 10348, 10349.

United States Court of Appeals
Fourth Circuit.

Argued April 6, 1966.

Decided April 13, 1966.

W. H. Elwee, No. Wilkesboro, N. C. (John E. Hall, No. Wilkesboro, N. C., on brief), for appellant.

William H. Murdock, U. S. Atty. (H. Marshall Simpson, Asst. U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and J. SPENCER BELL, Circuit Judges.

PER CURIAM:

After full consideration of the briefs and the oral arguments, we find no reversible error.

Affirmed.

M. P. MOSELEY, Appellant,

v.

C. D. CALBECK, Deputy Commissioner,
et al., Appellees.

No. 22457.

United States Court of Appeals
Fifth Circuit.

April 19, 1966.

Herman Wright, Houston, Tex., for appellant.

Bryan F. Williams, Jr., Galveston, Tex., Florence Wagman Roisman, Alan S. Rosenthal, Attys., Dept. of Justice, Washington, D. C., John W. Douglas, Asst. Atty. Gen., Woodrow B. Seals, U. S. Atty., Washington, D. C., for appellees.

Before TUTTLE, Chief Judge, and JONES and WATERMAN,* Circuit Judges.

PER CURIAM:

We have carefully considered the entire record before the Commissioner and conclude that no errors were committed by the Commissioner in the application of the appropriate standards. Moreover, the fact determinations were amply supported by the evidence before the Commissioner.

The judgment is affirmed.

* Of the Second Circuit, sitting by designation.